
PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MATHEWS, Ashley          Case Number: A04-0070-05-CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Judge

Date of Original Sentence:   June 14, 2005

Original Offense:   2 counts of Money Laundering

Original Sentence:   14 months imprisonment, 2 years supervised release

Date Supervision Commenced: June 22, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 90 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

### CAUSE

The defendant was sentenced to 14 months imprisonment with 2 years supervised release to follow on June 22, 2005. Since that time the defendant has tested positive for the use of marijuana. The defendant is unemployed and has no stable residence. In order to address these violations and assist the defendant with resuming her substance abuse treatment, obtain employment and a suitable release plan, the probation officer recommends her conditions of supervised release be modified to include 90 days at the Community Corrections Center. The defendant signed a waiver agreeing to this modification of conditions.

*Request for Modification of Conditions or Term*
*Name of Offender          :     MATHEWS, Ashley*
*Case Number               :     A04-0070-05-CR (RRB)*

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: September 1, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date: 9/7/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v MATHEWS, Ashley                Docket No.: A04-0070-05-CR (RRB)

I, __Ashley Mathews__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 90 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

Signed: _Ashley Mathews_                Date: 09/01/06
Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_           Date: 9/1/06
Beth A. Mader
U.S. Probation/Pretrial Services Officer