PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska



UNITED STATES OF AMERICA

v.   Case No.   A04-0070-05-CR (RRB)

Ashley Mathews

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on June 21, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE   6/18/07
Beth A. Mader          Date
U.S. Probation/Pretrial Services

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 20 day of June, 2007.

REDACTED SIGNATURE
Ralph R. Beistline
U.S. District Court Judge