**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: U.S. | COURT CASE NUMBER: 3:04-cr-00070-RRB |
| DEFENDANT: Ashley Mathews | TYPE OF PROCESS: Cancellation of Writ |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Dept of Revenue, Enforcement Div

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E St. Anchorage, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, AUSA
222 W 7th. Ave. Rm 253
Anchorage, AK 99513

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED JUL 27 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve on St. of AK, attached Cancellation of PFD Writ

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy
☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 271-5071
DATE: 7/23/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk: JMK | Date: 7/24/07 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Norris PFD Tech II

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/26/07   Time: 1330 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 3:04-CR-00070-RRB |
| )                                | |
| Plaintiff,     ) | |
| )                                | NOTICE OF CANCELLATION OF |
| vs.                            ) | WRIT OF EXECUTION |
| )                                | |
| ASHLEY MATHEWS,                ) | |
| )                                | |
| Defendant.     ) | |
| )                                | |

TO:  STATE OF ALASKA DEPARTMENT OF REVENUE

The Writ of Execution on the Alaska Permanent Fund Dividend in the above captioned case served on: April 2, 2007 against the dividend of

   NAME: ASHLEY MATHEWS

   SS#:  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

   DOB:  10/12/1982

is hereby cancelled.

   Dated this day of  07/26/07 .

                                        RANDY M. JOHNSON
                                        United States Marshal

                                  BY: /s/ Andrew Arnold/Dep
                                        Deputy U.S. Marshal